

**FILED**
CLERK, U.S. DISTRICT COURT

MAR - 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARIA SERDADU VALDUVA, <br> Defendant. | Case No. 23-MJ-1007 <br><br> ORDER OF DETENTION |

I.

On March 3, 2023, Defendant, assisted by a Romanian language interpreter, made her initial appearance on the criminal complaint filed in this matter. Vitaly Sigal, a member of the Indigent Defense Panel, was appointed to represent Defendant. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ No legal status in the United States – outstanding removal warrant
- ☒ Family ties to Romania
- ☒ minimal ties to the Central District of California (has lived in home for past 4 months with five minor children but could not provide address)
- ☒ Lack of bail resources
- ☒ Unverified background information including residence, employment, and family ties to Central District of California
- ☒ Refused to confirm identity and provide identification to arresting officers
- ☒ found to be in possession of false identification in connection with a previous investigation
- ☒ outstanding warrant in California for identity theft

As to danger to the community:

- ☒ Defendant poses an economic danger given allegations in the criminal complaint which include obtaining and attempting to obtain funds from the accounts of individual victims by using cloned Electronic Benefit Transfer (debit) cards to checks balances and/or access funds from the Cal Fresh and CalWORKS programs that were placed in the accounts.
- ☒ outstanding warrant

2

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 3, 2023

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3